# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONILA HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAM'S CLUB; SAM'S WEST, INC., and DOES 1 to 25, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:20-CV-03895-TJH<br><br>**ORDER RE: STIPULATION REMANDING BACK TO STATE COURT** [24] [JS-6]<br><br>Courtroom:　　　9B<br>District Judge:　Terry J. Hatter Jr.<br>Magistrate Judge: Alka Sagar<br>Complaint Filed: December 26, 2019<br>Trial Date:　　　February 1, 2021 |

　　　Upon consideration of Plaintiff LEONILA HERNANDEZ and Defendant SAM'S WEST, INC.'s Joint Stipulation to Remand Matter to State Court, and good cause showing,

　　　IT IS HEREBY ORDERED THAT:

Effective immediately, the matter herein shall be remanded to the Superior Court of State of California, County of Los Angeles.

Dated: JANUARY 7, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. TERRY J. HATTER, JR.,
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**[PROPOSED] ORDER RE: STIPULATION REMANDING BACK TO STATE COURT**

was/were served on this date to counsel of record:

[ ] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Ameer A. Shah, Esq.
LAW OFFICES OF AMEER A. SHAH
9121 Haven Avenue, Suite 150
Rancho Cucamonga, CA  91730
Tel: (909) 568-2000
Fax: (909) 568-2020
**Attorney for Plaintiff
LEONILA HERNANDEZ**

Executed on **December 22, 2020**, at Los Angeles, California.

_____
Chantha Lieng